UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BELAYNEH E. MOLLA,

    Petitioner,

v.

ALBERTO R. GONZALES, *et al.*,

    Respondents.

CASE NO. C06-396-MJP-JPD

ORDER DENYING MOTION FOR STAY OF DEPORTATION AND REMOVAL

    The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition and emergency motion for stay of deportation and removal (Dkt. #1), all papers and exhibits in support of that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's motion for stay is DENIED;

(3)    The Clerk is directed to send copies of this Order to the petitioner and to Judge Donohue.

DATED this 3rd day of April, 2006.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER
PAGE – 1